[No. 3881–II. Division Two. June 25, 1980.]

ROBERT E. KIRK, *Respondent,* v. PIERCE COUNTY
FIRE PROTECTION DISTRICT NO. 21,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 251200, Thomas A. Swayze, Jr., J., entered
January 5, 1979. *Reversed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 3297–3–III. Division Three. June 26, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JERALD D.
SWAIN, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin
County, No. 14158, Patrick McCabe, J., entered February 6,
1979. *Reversed* by unpublished opinion per Roe, J., con-
curred in by Green, C.J., and Munson, J.

[No. 3320–1–III. Division Three. June 26, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DONNIE
WAYNE DURRETT, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 78–106, Fred R. Staples, J., entered
November 3, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3477–1–III. Division Three. June 26, 1980.]

ROBERT PINK, *Appellant,* v. JERRY WOODBURN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Benton County, No. 33156, Fred R. Staples, J., entered
May 17, 1979. *Affirmed* by unpublished per curiam opinion.